IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| PHILLIPS BUILDING SUPPLY OF GULFPORT, INC. | § § § § | PLAINTIFF |
| v. | § § § | Civil No. 1:19cv251-HSO-JCG |
| ENCOMPASS DEVELOP, DESIGN & CONSTRUCT, LLC | § § | DEFENDANT |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of March, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE